# Court of Appeals
# of the State of Georgia

ATLANTA,___June 17, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14A1857.  DANNY DEAN, et al. v. MATTHEW JACOB RAMEY.**

On December 27, 2013, the trial court entered summary judgment in favor of defendant Matthew Jacob Ramey.  Plaintiffs Danny and Sherry Dean filed a motion for reconsideration, which the court denied.  Then, on May 5, 2014, the Deans filed this appeal.  We lack jurisdiction.

Pursuant to OCGA § 5-6-38 (a), a notice of appeal must be filed within 30 days of entry of the challenged order.  A motion for reconsideration does not extend the time for filing a notice of appeal.  See *Cheeley- Towns v. Rapid Group, Inc.*, 212 Ga. App. 183 (1) (441 SE2d 452) (1994).  Here, the Deans filed their notice of appeal 129 days after the court entered its order granting summary judgment.  Accordingly, the notice of appeal is untimely as to that order.

In addition, although the notice of appeal was filed within 30 days of the trial court's order denying reconsideration, "the denial of a motion for reconsideration of a final judgment is not itself a judgment subject to direct appeal." *Ferguson v. Freeman*, 282 Ga. 180, 181 (646 SE2d 25) (2007).  Therefore, we lack jurisdiction to review that order as well.

Under these circumstances, we lack jurisdiction to review both of the challenged orders.  This appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* 06/17/2014
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*